IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                          NO. 1:09-CR-0163 JB

JOSE CORIA-CORIA,

        Defendant.

## **UNOPPOSED MOTION TO CONTINUE FINAL REVOCATION HEARING ON SUPERVISED RELEASE VIOLATION SCHEDULED FOR APRIL 3, 2020**

        COMES NOW Defendant, Jose Coria-Coria by and through his counsel of record, Erlinda O. Johnson, Esq., and hereby respectfully moves this Court for an Order continuing the April 3, 2020, final revocation hearing on supervised release violation, and as reasons therefore Mr. Coria submits the following:

        1.      Mr. Coria was arrested on September 25, 2020 and charged for an unrelated drug offense and illegal reentry.

        2.      On October 17, 2019, the Court issued an arrest warrant in 09-CR-163 JB, as a result of a petition to revoke supervised release filed for a violation of Mr. Coria's conditions of supervised release.

        3.      On October 30, 2019, Mr. Coria executed a waiver of preliminary and detention hearings on the petition to revoke supervised release.

        4.      This Court has scheduled a final hearing on the petition to revoke supervised release for April 3, 2020.

5. However, the parties are in the process of attempting to reach a resolution of the charges stemming from Mr. Coria's September 25, 2019, arrest, combined with the violation of supervised release charged in 09-CR-163.

6. The parties will need additional time, beyond April 3, 2020, in order to reach a consolidated resolution of the charges stemming from the new arrest and the supervised release revocation in 09-CR-163.

7. In order to allow the parties time within which to reach a global resolution, his current final hearing on the petition to revoke supervised release must be vacated and rescheduled for after July 1, 2020.

8. Mr. Coria moves this Court for an order to continue the final hearing on the petition to revoke supervised release.

9. Assistant United States Attorney, Mark Pfizenmayer does not oppose a continuance of the April 3, 2020, final hearing on the revocation of supervised release

WHEREFORE, Defendant, Jose Coria-Coria moves this Court to grant his Motion and continue the final hearing on the supervised release revocation scheduled for April 3, 2020.

Respectfully Submitted,

*/s/ Erlinda O. Johnson*
Erlinda O. Johnson
Law Office of Erlinda O. Johnson
620 Roma Ave. N.W.
Albuquerque, NM 87102
(505) 792-4048

I certify that a true copy of this document was delivered via CM-ECF to counsel for the government on March 23, 2020.

                                          */s/ Erlinda O. Johnson*
                                          Erlinda O. Johnson